# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12-cr-348-MOC-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| vs. | )<br>) ORDER |
| MARVIN TIMOTHY JANKEE, JR., | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on defendant's Motion for Compassionate Release/Reduction of Sentence, (Doc. No. 43).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motion.

Signed: September 17, 2020

Max O. Cogburn Jr
United States District Judge